# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TERRY SUE WILLIAMS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security.

    Defendant.

Case No. ED CV 14-753 AG (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: February 28, 2015

_____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE